# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Pearson, | No. CV-20-00237-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | |

The parties filed a report with this Court pursuant to Rule 26(f) of the Federal Rules of Civil Procedure. Instead of proposing deadlines for the Court to adopt in the Case Management Order, the parties suggested waiting until the Court rules on the pending dispositive motion to set those dates. In the interest of efficient management of the Court's docket, it will not take that approach. The Court will, however, allow the parties another opportunity to propose deadlines for consideration.

Accordingly,

**IT IS ORDERED** that the parties may, by 12 Noon on Tuesday, June 16, 2020, file a joint supplement to the Proposed Case Management Report (Doc. 14) with suggested case deadlines.

**IT IS FURTHER ORDERED** that at the June 17, 2020 scheduling conference, the parties should be prepared to discuss whether the internal investigation is privileged and, if so, the extent of that privilege.

Dated this 12th day of June, 2020.

Michael T. Liburdi
United States District Judge