# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Pearson,<br><br>              Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>              Defendants. | No. CV-20-00237-PHX-MTL<br><br>**ORDER** |

Pursuant to Plaintiff's Stipulation to Dismiss State of Arizona, Department of Corrections, and David Shinn Only (Doc. 25), and good cause appearing,

**IT IS ORDERED granting** Plaintiff's Stipulation to Dismiss State of Arizona, Department of Corrections, and David Shinn Only (Doc. 25). Defendants State of Arizona; Arizona Department of Corrections; and David Shinn, in his capacity as Director of the Arizona Department of Corrections, only are dismissed from the matter, without prejudice, each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that The State Defendants' Motion for Judgment on the Pleadings (Doc. 15) is **denied as moot**.

**IT IS FINALLY ORDERED** that because other defendants remain, the Clerk of the Court shall not close this case.

Dated this 18th day of June, 2020.

_Michael T. Liburdi_
Michael T. Liburdi
United States District Judge