# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Pearson,<br><br>        Plaintiff,<br><br>v.<br><br>CoreCivic Incorporated, et al.,<br><br>        Defendants. | No. CV-20-00237-PHX-MTL<br><br>**ORDER** |

Pursuant to the Stipulation to Extend Time for Defendants to File Their Reply in Support of Their Motion for Judgment on the Pleadings (Doc. 30), and good cause appearing,

**IT IS ORDERED granting** the Stipulation to Extend Time for Defendants to File Their Reply in Support of Their Motion for Judgment on the Pleadings (Doc. 30). The deadline for Defendants CoreCivic and CoreCivic of Tennessee to file a reply in support of their Motion for Judgment on the Pleadings (Doc. 24) is extended to **July 10, 2020**.

There will be no further extensions absent a showing of extraordinary circumstances.

Dated this 7th day of July, 2020.

_____
Michael T. Liburdi
United States District Judge