# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Pearson, | No. CV-20-00237-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| CoreCivic Incorporated, et al., | |
| Defendants. | |

Pursuant to Plaintiff and Defendant Christobal Carrizoza's Stipulated Briefing Schedule for Defendant Carrizoza's Motion for Stay (Doc. 57),

**IT IS ORDERED granting** the Stipulated Briefing Schedule for Defendant Carrizoza's Motion for Stay (Doc. 57). The deadline for Plaintiff to respond to the Motion to Stay (Doc. 50) is extended to **October 2, 2020**. The deadline for Defendants to reply is extended to **October 9, 2020**.

There will be no further extensions absent a showing of extraordinary circumstances.

Dated this 28th day of September, 2020.

_Michael T. Liburdi_
Michael T. Liburdi
United States District Judge