**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:  Michael T. Liburdi** | **Date: November 23, 2020** |
| **Case Number: CV-20-00237-PHX-MTL** | |
| **Pearson v. Arizona, State of et al** | |

**APPEARANCES:** 

| **Plaintiff(s) Counsel** | **Defendant(s) Counsel** |
|---|---|
| **C. Lincoln Combs** | **Walker Field Crowson** |
| **William Brian Blaser** | **Peter Christopher Prynkiewicz** |
| | **Robert Oller** |

**MOTION HEARING:**

2:07 p.m. This is the time set for Motion Hearing on the pending Motions for judgment on the pleadings, (Docs. 24 and 48), and the Motion to Stay Proceedings, (Doc. 50). Argument heard.

**IT IS ORDERED** granting CoreCivic's Motion for Judgment on the Pleadings, (Doc. 24), and the Individual Defendants' Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c), (Doc. 48), but granting Plaintiff leave to amend the Complaint as set forth on the record.

**IT IS FURTHER ORDERED** that Plaintiff shall file his amended complaint by no later than **Thursday, December 10, 2020**.

**IT IS FURTHER ORDERED** directing Defendants to meet and confer with Plaintiff prior to filing any motion to dismiss under Rule 12(b) or further motion for judgment on the pleadings.

**IT IS FURTHER ORDERED** that Defendant Cristobal Carrizzoza's Motion to Stay Proceedings, (Doc. 50), is granted to the limited extent that once the pleadings are joined, Plaintiff shall file a motion to lift the stay, and the Court will set a status conference to discuss the appropriateness of taking further discovery from Mr. Carrizzoza.

**IT IS FURTHER ORDERED** that the pretrial deadlines set forth in the Scheduling Order (Doc. 22) are stayed as to Mr. Carrizzoza. The other parties may continue with discovery. The parties shall file a supplemental Rule 26(f) report no later than fourteen (14) days after the pleadings are joined.

3:40 p.m. Court adjourned.

| | |
|---|---|
| Deputy Clerk: Rebekka Walder | **Start:  2:07 PM** |
| Court Reporter: Barbara Stockford | **Stop:   3:40 PM** |
| | **1 hr 33 mins** |