# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Pearson, | No. CV-20-00237-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| CoreCivic Incorporated, et al., | |
| Defendants. | |

Before the Court is the Stipulation to Extend Defendants' Time to Respond to Plaintiff's Amended Complaint (Doc. 67), in which the parties request that Defendants' deadline to answer or otherwise respond to Plaintiff's Amended Complaint (Doc. 66) be extended to 10 days from the date the Court rules on Plaintiff's forthcoming Motion to Remand. The stipulation does not specify when the Motion to Remand will be filed. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Remand is due no later than **January 12, 2021**.

**IT IS FURTHER ORDERED granting** the Stipulation. (Doc. 67.) The deadline for Defendants to answer or otherwise respond to the Amended Complaint (Doc. 66) is extended to no later than within 10 days of the Court's ruling on the Motion to Remand if the motion is denied.

Dated this 29th day of December, 2020.

*Michael T. Liburdi*

Michael T. Liburdi
United States District Judge